JAMES J. LEONE CONSTRUCTION CO. v. MAYOR AND COUNCIL OF THE BOROUGH OF EAST RUTHERFORD.

February 15, 1972. Petition for certification denied. (See 59 *N. J.* 271.)

PETER SHUCHTER, IND., *ET AL.* v. DIVISION ON CIVIL RIGHTS, *ETC.*

February 15, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. DONATO SALVATORIELLO.

February 15, 1972. Petition for certification denied.

JAMES H. BLAIR, DIRECTOR, *ETC.* v. MAYOR AND COUNCIL, BOROUGH OF FREEHOLD, *ET AL.*

February 15, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. OSCAR JOSE PEREZ.

February 15, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. ABRAHAM WILLIAMS.

February 15, 1972. Petition for certification denied.